**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PGT TRUCKING, INC. | : | |
| Plaintiff(s) | : | |
| | : | |
| v. | : | CASE NO. 2:24-CV-00248-DSC |
| | : | |
| USI SOUTHWEST, INC. | : | |
| Defendant(s) | : | |

**PLAINTIFF PGT TRUCKING, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Plaintiff PGT Trucking Inc., by and through its attorney, Pisano Law Firm, hereby responds and opposes, in part, Defendant's Motion to Dismiss the Complaint [Doc 7] pursuant to Fed. R. Civ. P. 12(b)(6). The further grounds for this Response in Opposition are set forth in the accompanying Memorandum of Law which is incorporated herein by reference in its entirety.

Respectfully submitted,

**PISANO LAW FIRM**

By: /s/ *Matthew T. Pisano*
     Matthew T. Pisano
     Attorney for Plaintiff,
     PGT Trucking, Inc.

Dated: April 4, 2024