## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PGT TRUCKING, INC. | * | |
|     Plaintiff | * | JUDGE: David S. Cercone |
| v. | * | NO: 2:24-cv-00248-DSC |
| USI SOUTHWEST, INC. | * | **ORDER** |
|     Defendant | * | |

This matter having come before the Court upon Stipulation and joint request of the parties seeking a stay of the matter, and the Court having found good cause;

**IT IS** on this 30th day of October, 2024, **ORDERED** this matter is stayed pending the final determination of <u>PGT Trucking, Inc v. Evanston Insurance Company,</u> now pending at No. 2:24-cv-04503 in the United States District Court for Eastern District of Pennsylvania;

**IT IS FURTHER ORDERED**, Plaintiff shall notify this Court and all counsel within ten (10) days of the final determination in Case No. 2:24-cv-04503 (E.D. Pa.).

                                                    s/David Stewart Cercone
                                                   David Stewart Cercone
                                                   Senior U.S. District Court Judge