**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PGT TRUCKING, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:24cv248 |
| | ) | **Electronic Filing** |
| **USI SOUTHWEST, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

AND NOW, this 26th day of June, 2026, upon due consideration of defendant's motion to dismiss and the parties' submissions in conjunction therewith, IT IS ORDERED that [7] the motion be, and the same hereby is, granted in part and denied in part.  The motion is granted as to plaintiff's claim for violation of Pennsylvania's Unfair Trade Practice and Consumer Protection Law at Count III and denied in all other aspects.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Matthew T. Pisano, Esquire
Denis C. Dice, Esquire
Douglas Fogle, Esquire

(*Via CM/ECF Electronic Mail*)